# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

129920

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CAPCO 1998-D7 PIPESTONE, LLC,
        Plaintiff-Appellant,

v

MILTON VENTURES LIMITED
PARTNERSHIP, GILA SHALTIEL,
MOSHE SHALTIEL, MAL
CORPORATION, and MILTON
VENTURES II, L.P.,
        Defendants-Appellees.

SC: 129920
COA: 262098
Berrien CC: 2004-003157-CZ

_____/

    On order of the Court, the application for leave to appeal the October 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    KELLY, J., would remand this case to the Court of Appeals as on leave granted for consideration of whether a cover letter signed by a party's attorney, accompanying a settlement agreement drafted by that attorney, satisfies the signature requirement of MCR 2.507(H).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006

Clerk